UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:25-cv-00678-JDE | Date | May 13, 2025 |
|---|---|---|---|
| Title | Jennifer Carbine v. Coffee Dose, LLC, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order Accepting Notice of Withdrawal of Notice of Removal (Dkt. 15) as Consent to Granting Remand Motion; Granting Remand Motion (Dkt. 7); Denying Stay Motion (Dkt. 10); Ordering Case Remanded to State Court **[JS-6]**

Defendant Coffee Dose LLC ("Removing Defendant") removed this action to this Court from the Orange County Superior Court on April 3, 2025, based on federal question jurisdiction. Dkt. 1 ("Notice of Removal"). On April 15, 2025, Plaintiff Jennifer Carbine ("Plaintiff") filed a First Amended Complaint that was devoid of federal claims. Dkt. 6 ("FAC"). Based on the FAC, Plaintiff filed a Motion to Remand Case to Orange County Superior Court based on the absence of federal question jurisdiction. Dkt. 7 ("Remand Motion"). On May 6, 2025, Removing Defendant filed a Motion to Stay Case Pending Ruling on the Remand Motion. Dkt. 10 ("Stay Motion").

On May 12, 2025, Removing Defendant filed a "Notice of Withdrawal of Notice of Removal," summarizing the foregoing history, and providing that Defendant now "does not believe that federal court jurisdiction is proper where Plaintiff has struck her federal law (ADA) claim" and therefore "withdraw[s] its Notice of Removal and ask[s] this Court to remand this case back to the Orange County Superior Court." Dkt. 15.

The Court treats the Notice of Withdrawal of Notice of Removal as consent to granting the Remand Motion based on lack of federal question jurisdiction. As both parties now agree federal jurisdiction is lacking and remand is appropriate, the Remand Motion (Dkt. 7) is GRANTED except for the fee request; the fee request is denied as the Court finds federal question jurisdiction existed at the time of removal and on the issue of timeliness, the Court lacks sufficient information to find Defendant lacked an "objectively reasonable basis" for removal. As the Remand Motion is granted, the Stay Motion (Dkt. 10) is DENIED as moot. As such, the Court orders as follows.

This entire action is ordered REMANDED to the Orange County Superior Court, Case No. 30-2024-01423093- CU-CR-CJC. The Clerk's Office is directed to take all necessary steps to effectuate such remand and upon completion, to administrative close [JS-6] this action.

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | aro |
|---|---|---|